**Exhibit A to the Complaint**

**Location:** Cincinnati, OH  
**Total Works Infringed:** 36

**IP Address:** 208.102.125.136  
**ISP:** Cincinnati Bell

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7D4A7CA1D1D3C53CA13B10A1443E515B9036CB6C<br>File Hash:<br>76C1663C6E2EB8A19475499777B513D5E8EE3D37B368D27E5D704D753B83D745 | 01-06-2023 02:25:06 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 2 | Info Hash: A035AD89D17FFA204EA1669362F8A2B2947F1D32<br>File Hash:<br>CF5FB70A15A302ADB5C7DC51AA916F5E8F5D7D52373FBEEAB74056948FEF6203 | 01-05-2023 18:48:27 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 3 | Info Hash: 43895C16236A6AD40F41D1A81D6F469DFD9E4B2D<br>File Hash:<br>DF629E1E14C9CBD62202A90F4996C5DE6462B28923D549010F5E936AD768A87A | 01-05-2023 18:45:38 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 4 | Info Hash: E12FF3F313842E2F77EC08C5A3D804F608AB1116<br>File Hash:<br>BE61C07B258B1FCEBBDE344FB23D51C8E6A1AB2FDE7926DB25DA716090CE99BD | 01-05-2023 18:33:19 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 5 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 09-25-2022 14:25:35 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 6 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash:<br>478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 09-25-2022 14:25:27 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 7 | Info Hash: 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA<br>File Hash:<br>8633705E63B8E74B37A5E3E4D917CB9038CB87429F9687CD7E5A0D0887E468B4 | 03-01-2022 04:33:10 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |
| 8 | Info Hash: 9796CE97D9F29A0EA166C36B58F2F5DA47B36C08<br>File Hash:<br>0D0F28FF139BD85DA6671F1D3214C88E7C7EE7339C6B5F6308AECFFDC303E82C | 03-01-2022 04:21:53 | Blacked Raw | 01-07-2019 | 02-02-2019 | PA0002155390 |
| 9 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash:<br>D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 03-01-2022 04:05:05 | Tushy | 07-25-2019 | 08-22-2019 | PA0002195515 |
| 10 | Info Hash: E6683078F639AE7A581BCADF96A49BC808143689<br>File Hash:<br>38205F001C261D5FD79FC2A35134BB96F8E549E9C410643AF6D25CD576A53DA6 | 02-17-2022 05:15:27 | Blacked | 06-04-2019 | 07-17-2019 | PA0002188309 |
| 11 | Info Hash: A098525E9AFF43231A7DF6BB8EBAE6B031BEA699<br>File Hash:<br>24B59DE82823571AA66BC642C6246BB56F743A403833A41BD4536D742034AA60 | 02-17-2022 05:14:27 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 02-17-2022 05:14:24 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 13 | Info Hash: 36602A2A8598380F67FF6FCEBD7FCD97ED374F38<br>File Hash: 62688AEF51ECA70C40A82C45825BF0DCE86FBEAA7A4CFFCC5BF4225C15652B8C | 02-17-2022 05:14:14 | Blacked Raw | 03-18-2019 | 04-08-2019 | PA0002164883 |
| 14 | Info Hash: E401EDC19B0CCB7625B52FEE8B163E03FFF0EF0E<br>File Hash: CFA72EA152DD827C145166E600349017CCEFD9C1FCDA3374115C2BCAD05C0681 | 02-17-2022 04:50:19 | Tushy | 11-22-2019 | 12-03-2019 | PA0002232052 |
| 15 | Info Hash: 29130B960BB428F5974534842026BE29B91A07B1<br>File Hash: 5C1F3E6C14913CE175062611F2B092C20291A5F267A30F048ED3EE8533523F71 | 02-17-2022 04:47:46 | Vixen | 01-24-2020 | 03-15-2020 | PA0002240434 |
| 16 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 02-03-2022 18:51:52 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 17 | Info Hash: 4577E56ABE4B7F3BA8A72106C4F58220F426B639<br>File Hash: 37CFD558D71D865BB724D5696BBD89C3D2B21AB67276C421F661E3BB18299DD4 | 02-03-2022 18:51:40 | Vixen | 03-30-2017 | 06-05-2017 | PA0002052862 |
| 18 | Info Hash: 0616906E5B0D445A8FB469D45908C91D24F6CD2F<br>File Hash: 9AC3BBF9185D5F2498389B013DAD21FC070F127E17E3B94B23F09A5C26518E53 | 02-03-2022 18:39:50 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 19 | Info Hash: E3C763DDE1ACCF235D1D2BB1149DE7BD811F4117<br>File Hash: DF979E030B179B3DE05C5F0B62E23D3B9DC99BB2E6ADCCEA6230B50C8730B012 | 02-02-2022 05:49:23 | Vixen | 12-05-2019 | 12-17-2019 | PA0002217671 |
| 20 | Info Hash: D10DD855E1B9F8937F079FA39B40F3730DEE95C4<br>File Hash: 83B5920A46DF8C75E436FE2B8FD47589075363F3F545D7F3F2D71EE9DE6BCB91 | 02-02-2022 05:24:05 | Slayed | 08-26-2021 | 09-08-2021 | PA0002316103 |
| 21 | Info Hash: 2775DE102301D97227CE509011E8EE8C9352FC80<br>File Hash: 2493CF5F3AA64C9E0042A0D31EED3F6EDC9E23307B67E4AAC431659A24DBB640 | 02-01-2022 04:16:04 | Tushy | 09-13-2019 | 10-07-2019 | PA0002205470 |
| 22 | Info Hash: 2EA0290F13E4A4197E055E913DFCD0B58D85DF2B<br>File Hash: EC41322CC151A4D99BAF9E2F119D58FD2C87A83823E3659EA8958A55159B0325 | 02-01-2022 04:02:38 | Tushy | 10-13-2018 | 11-01-2018 | PA0002143435 |
| 23 | Info Hash: 1494CEA8CDC75CDADDB2BEE7269D14B83E029F06<br>File Hash: 06B7084D1E8EC9E59CF7AB8EF9E2AA97A89A7C4E67457BEFB3EEA34302ADD306 | 01-29-2022 20:45:15 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 4803A60220DBABF62245910CA920FFFE0E1506FD<br>File Hash: B6B0D56AED3139E3ECCA1BB0C85A139EB08D8072C3CDF453CAF9D9531BF1F6FD | 01-25-2022 04:30:43 | Blacked | 06-19-2021 | 07-08-2021 | PA0002300660 |
| 25 | Info Hash: AD559A93AA2533CFB6828C5E7564E454DD9C48CC<br>File Hash: F95115E39D32A0DD0C4949F9B181C0224ED575910E713D70698331A4AD633A54 | 01-24-2022 00:46:31 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 26 | Info Hash: A7F519FC93299A4881937E29BDAA999831F40E73<br>File Hash: A0593E7AB6115E19EB1296261BD06FE4A861EA822ED0C770A4D625BFF64290DD | 01-24-2022 00:37:19 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 27 | Info Hash: 024F22E864BFC448DB769B7BC3B2E9994DD77CDA<br>File Hash: BCD8B2145D148A775F34D7627AB6AB0CB04962149BF9947744432C8A9C7321A8 | 01-24-2022 00:31:25 | Blacked Raw | 01-17-2022 | 03-04-2022 | PA0002345790 |
| 28 | Info Hash: 858B1CEBF1AEDD1213A4C1520F38E7BBA4340ABB<br>File Hash: D168F0B11253A8D44808CE0F4D78EB4F54469D919D8DEE20133AE49A461E68B3 | 01-24-2022 00:31:01 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 29 | Info Hash: BD854768B2F7F60A088E5A249207DEACEE5A7CD0<br>File Hash: 447C527955F6E538FE6D150312C4E4B5FF83E1EDF58AD42BE5A743D0481BAC0C | 01-01-2022 21:12:16 | Vixen | 02-13-2019 | 03-11-2019 | PA0002158413 |
| 30 | Info Hash: B30A24C236439A9B2C65C9234830190BD3026085<br>File Hash: E190CFF045FD226A2DC42A0014C64775CD37FE54BE08F0806F0D3BDE27234259 | 12-28-2021 15:15:31 | Tushy | 10-23-2017 | 12-04-2017 | PA0002098018 |
| 31 | Info Hash: BFEC39E10BE769D52CED88948B3C3B09C55BAE2D<br>File Hash: FCE98DA6B84054BD9E061465FAA08D7427511E44F411F6E5C127DAFC3B22644C | 12-27-2021 21:39:03 | Blacked Raw | 01-22-2019 | 03-24-2019 | PA0002183202 |
| 32 | Info Hash: FD6024BEF3762A73A62D6ED2A0473D9631E4AB2D<br>File Hash: E4527D72B244EF3581F2F345D213ED85995D3CA3AEB835822E61F2E526A69B46 | 12-01-2021 05:09:38 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 33 | Info Hash: 2C70F89B75ADFD345928B5439A5CAC9B5C544878<br>File Hash: C062B003EF1616BD8391F0904F358A200082DDA89F717B1F99E731873DA1BAA2 | 09-28-2021 04:34:46 | Blacked Raw | 11-25-2019 | 12-09-2019 | PA0002216263 |
| 34 | Info Hash: 6682C3BF52A063D0BEDC0F02C82FA6165FB71E72<br>File Hash: 337F29D4BB8DF63EBF303D179185181E58420067DE0F9B04182060C651D20512 | 02-10-2021 14:58:09 | Tushy | 01-24-2021 | 02-26-2021 | PA0002283696 |
| 35 | Info Hash: 7F06F0E07A10143EB2C8673FADA7B21358A4AB2D<br>File Hash: 8730E641DB888136CD4E9A1EA37C129852A6999082620E5C071F489A6055E333 | 11-09-2020 21:02:45 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 1BA06FF511877DFA75B32024B4506A7C9BEB8D9C<br>File Hash: 88AEA3DB9489D065882DCC0A2D3B45A4C0155CF0F942F137A09E67A50BD370D1 | 04-12-2020 19:59:52 | Tushy | 01-21-2018 | 02-20-2018 | PA0002104191 |