IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE, subscriber assigned IP address 208.102.125.136<br><br>　　　　Defendant. | Case No.:　1:23-cv-00150-TSB<br><br>Judge:　　Hon. Timothy S. Black |

### UNOPPOSED MOTION FOR A PROTECTIVE ORDER
### AND LEAVE TO PROCEED ANONYMOUSLY

Now comes Defendant John Doe, whom upon information and belief, has or will be identified on or around June 5, 2023 as having been assigned IP address 208.102.125.136 on January 6, 2023, at 02:25:06 UTC, pursuant to the subpoena served on Cincinnati Bell. Pursuant to Fed. R. Civ. P. 5.2 and 26(c), Defendant moves the Court for a protective order that Defendant's name and identifying information will not be published or provided to anyone other than Plaintiff's Counsel. Furthermore, Defendant seeks leave of this Court to proceed in this action anonymously, and to have all pleadings and other documents containing Defendant's identifying information filed under seal.

Plaintiff does not oppose the relief requested herein.

Defendant John Doe respectfully requests this Court to expeditiously grant this motion for an appropriate protective order and for leave to proceed anonymously. Defendant has prepared a Proposed Order attached to this Motion.

1

Dated: Edgewood, Kentucky
June 5, 2023

        Respectfully submitted,

        /s/ *Jonathan Daugherty*
        Jonathan Daugherty (Ohio Reg. – 0097508)
        jon@jdcincylaw.com
        Daugherty Law Office LLC
        178 Barnwood Drive
        Edgewood, KY 41017
        Phone: (859) 331-5500
        Facsimile: (859) 331-2519

        *Attorney for Defendant John Doe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2023, the foregoing document was filed using the Court's CM/ECF system, which will send electronic notification of the filing to all counsel of record.

        */s/ Jonathan Daugherty*

2