IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>   Plaintiff,<br><br> v.<br><br>JOHN DOE, subscriber assigned IP address 208.102.125.136<br><br>   Defendant. | Case No.: 1:23-cv-00150-TSB<br><br>Judge:  Hon. Timothy S. Black |

### [PROPOSED] PROTECTIVE ORDER

  Pursuant to Fed. R. Civ. P. 5.2 (e) and 26(c), Defendant John Doe's Motion for Protective Order and Leave to Proceed Anonymously is GRANTED. The identity of the party filing that motion shall be disclosed only to counsel for Plaintiff, Plaintiff may not use this information for any other purpose except litigation of this matter, and Doe's name shall not be placed into the record. Should service of process be made on that party, he or she may file an answer under a pseudonym. In all public filings, Defendant shall be referred to as John Doe. The Court may revisit the relief granted here during the final pre-trial conference.

                   _____
                   UNITED STATES DISTRICT JUDGE

or

                   _____
                   UNITED STATES MAGISTRATE JUDGE